ter of an appeal from an order made by the Town Board of Oyster Bay, dismissing charges against John S. Burke, as Superintendent of Highways, etc. No opinion. Motion for stay granted, without costs.

TRACY DEVELOPMENT CO. v. BECKER et al. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by the Tracy Development Company against Charles D. Becker and others. No opinion. Interlocutory judgment affirmed, with costs, with leave to the appellant to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

TRAITEL MARBLE CO. v. BROWN BROS., Inc. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Traitel Marble Company against Brown Bros., Incorporated. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 562.

TROTTO v. RHEINFRANK HOUSE-WRECKING CO. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by James Trotto against the Rheinfrank Housewrecking Company. No opinion. Motion granted, with $10 costs. Order filed.

TUBBS v. HULSE. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by George W. Tubbs against Frederick Hulse. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

TULLY v. SEYMOUR et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Thomas Francis Tully against Mary F. Seymour and others. No opinion. Judgment affirmed, with costs.

UNITED STATES TITLE GUARANTY CO., Appellant, v. BROWN, Respondent. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by the United States Title Guaranty Company against Arthur A. Brown. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 158 App. Div. 542, 143 N. Y. Supp. 835.

VAL FINK CO. v. LOCOMOBILE CO. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by the Val Fink Company against the Locomobile Company. No opinion. Application denied, with $10 costs. Order signed.

VAN GAASBEEK, Appellant, v. TISDALE LUMBER CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Action by Richard M. Van Gaasbeek against the Tisdale Lumber Company and others. No opinion. Motion for reargument denied, without costs. See, also, 143 N. Y. Supp. 1147.

VAN HORN, Appellant, v. VAN HORN, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Eudora A. Van Horn against Frank M. Van Horn. A. Thain, of New York City, for appellant. W. W. Willcox, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

VARNEY, Appellant, v. DITMARS, Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by George A. Varney against Isaac E. Ditmars. B. Reass, of New York City, for appellant. Eidlitz & Hulse, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

VARON, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Ovadio Varon against the American Manufacturing Company. No opinion. Motion granted, without costs. See, also, 143 N. Y. Supp. 1148; 144 N. Y. Supp. 1148.

VARON, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Action by Ovadio Varon against the American Manufacturing Company.
PER CURIAM. Order reversed on reargument, with $10 costs and disbursements, and motion for change of venue to New York county granted, with $10 costs, on the ground that the motion papers show, without contradiction, that the plaintiff resides in New York county, and the allegations of his complaint show expressly that the defendant is doing business in Kings county. See, also, 144 N. Y. Supp. 1148.

VINGUT et al., Respondents, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) In the matter of George F. Vingut and others against Henry B. Sire. F. Bien, of New York City, for appellants. S. L. Josephthal, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re VOLK et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of the application of Katie Volk and another for the appointment of a committee of the person and property of